**Richard DEMPSEY, Respondent,**

v.

**Michael BURNS, Appellant.**

**No. ED 77777.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 23, 2001.

**In re the Interest of J.M.R.**

**No. ED 77820.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 23, 2001.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL and TEITELMAN, JJ.

*ORDER*

William James O'Herin, Florissant, MO, for appellant.

Richard B. Dempsey, Washington, MO, for respondent.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

**ORDER**

PER CURIAM.

Appellant Michael Burns appeals the judgment dismissing his application for trial de novo for failure to prosecute and reinstating the judgment of default entered by the associate circuit court in favor of Respondent. We find no abuse of discretion. We deny Respondent's motion for sanctions, which was taken with the case. An extended opinion would have no precedential value. We have, however, provided

a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).